## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

|  |  |
|---|---|
| Debtor: | SEAN C. FABICH |
| Case Number: | 13-22598-JAD    Chapter: 13 |
| Date / Time / Room: | THURSDAY, JANUARY 04, 2018 09:00 AM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
1/8/18 3:28 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#54 - Trustee's Certificate of Default to Dismiss
+Affidavit by Debtor
R / M #:  54 / 0

### *Appearances:*

Debtor: A. Steidl

Trustee:  Winnecour / Bedford / Pail / Katz

Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. __✓__ Other:

Per attached order
COD (#54) withdrawn

12/28/201'  11:01:02 AM