UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>SEAN C. FABICH<br><br>　　　　Debtor(s)<br>Ronda J. Winnecour, Trustee<br>　　　　Movant<br>　　vs.<br>SEAN C. FABICH<br><br>　　　　Respondent(s) | Case No. 13-22598JAD<br>Chapter 13<br><br>Related to Document No.　54 |

## ORDER

　　　　AND NOW, this __8th__ day of _____January_____, 20_18_, the Court having considered the Chapter 13 Trustee's certification (or request) for dismissal, and any responses thereto, the following relief (as reflected by the checked boxes below) is ***ORDERED, ADJUDGED and DECREED:***

☐　　This case is ***DISMISSED***, with prejudice. The Debtor(s) is/are ineligible for bankruptcy relief under any chapter for a period of 180 days from the date of this Order.

☐　　This case is ***DISMISSED***, without prejudice.

If either of the above provisions is checked, indicating that this case is being dismissed, then it is ***FURTHER ORDERED*** as follows:

A.　　Each wage attachment issued in this case is now terminated. So that each employer knows to stop the wage attachment, the Debtor(s) shall immediately serve a copy of this Order on each employer and file a proof of service within 10 days of the date of this Order.

B.　　This case is administratively closed. However, Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further Order of Court.

C. The Clerk shall give notice to all creditors of this dismissal.

D. Any motion to reopen must be accompanied by the appropriate reopening fee, equal to the filing fee for the appropriate chapter (less administrative fee), together with the unpaid $_____ portion of the original filing fee.

E. The Debtor remains legally liable for all debts as if the bankruptcy petition had not been filed. This bankruptcy case no longer prevents collection efforts or lawsuits. Creditor collection remedies are reinstated pursuant to 11 U.S.C. Section 349, and creditors are directed to 11 U.S.C. Section 108(c) for time limits on filing a lawsuit to collect. Generally, a creditor's lawsuit must be filed by the later of:

(1) the time deadline provided by state law; or

(2) 30 days after the date of this notice.

[X] This case is not dismissed. The plan term is extended to a total of ___ months; the monthly plan payment amount is changed to $ 2750 effective 1/1/18.

[ ] This case is not dismissed at this time. However, in the event of any future plan default by the Debtor(s), then on the Trustee's certificate of default, this case shall be dismissed ____ with / ____ without prejudice, without further notice or hearing.

[ ] Other: _____
_____
_____
_____
_____

FILED
1/8/18 3:30 pm
CLERK
U.S. BANKRUPTCY
Dated : COURT - WDPA

BY THE COURT:

_____
United States Bankruptcy Judge

4

Page 2 of 2

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Sean C. Fabich
    Debtor

Case No. 13-22598-JAD
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: jhel    Page 1 of 2    Date Rcvd: Jan 08, 2018
    Form ID: pdf900    Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2018.
```
db              +Sean C. Fabich,   223 North Monroe Avenue,    Columbus, OH 43203-1443
aty             +vde13,   Office of the Chapter 13 Trustee,    Suite 3250 US Steel Tower,   600 Grant Street,
                  Pittsburgh, PA 15219-2719
cr              +Bank of America, N.A. c/o Prober & Raphael, A Law,   20750 Ventura Blvd, Suite 100,
                  Woodland Hills, CA 91364-6207
cr               Duquesne Light Company,   c/o Peter J. Ashcroft,   2200 Gulf Tower,   Pittsburgh, PA  15219
cr              +Equitable Gas Bankruptcy Department,   Attn: Judy Gawlowski,   225 North Shore Drive 2nd Floor,
                  Pittsburgh, PA 15212-5860
13659602        +Bank of America Home Loans,   450 Amerian Street,   Simi Valley, CA 93065-6285
13659601         Bank of America Home Loans,   c/o Customer Service,   P. O. Box 5170,
                  Simi Valley, CA 93062-5170
13659604        ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage,   350 Highland Drive,   Lewisville, TX 75067)
13706502         The Bank of New York Mellon, et al,   c/o Prober & Raphael,   Attornys For Secured Creditor,
                  P.O. Box 4365,   Woodland Hills, CA 91365-4365
14094805        +Veripro Solutions,Inc.,   PO BOX 3244,   Coppell, TX 75019-9244
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13670568         E-mail/Text: ebnbankruptcy@ahm.honda.com Jan 09 2018 02:00:19
                 American Honda Finance Corporation,   National Bankruptcy Center,   P.O. Box 168088,
                  Irving, TX 75016-8088,   866-716-6441
                                                                                              TOTAL: 1
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               NATIONSTAR MORTGAGE, LLC
cr               Veripro Solutions,Inc.
13659603*       ++AMERICAN HONDA FINANCE,   P O BOX 168088,   IRVING TX 75016-8088
                 (address filed with court: Honda Financial Services,   1220 Old Alpharetta Road, Suite 350,
                  Alpharetta, GA 30005)
13857167*       ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage, LLC,   350 Highland Drive,
                  Lewisville, TX 75067)
                                                                                      TOTALS: 2, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 8, 2018 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James Warmbrodt     on behalf of Creditor    NATIONSTAR MORTGAGE, LLC bkgroup@kmllawgroup.com
              Kenneth Steidl     on behalf of Plaintiff Sean C. Fabich julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-st
               einberg.com;rlager@st
              Kenneth Steidl     on behalf of Debtor Sean C. Fabich julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-st
               einberg.com;rlager@st
              Laurence A. Mester    on behalf of Defendant    BANK OF AMERICA lmester@mesterschwartz.com,
               jottinger@mesterschwartz.com;jschwartz@mesterschwartz.com
```

```
District/off: 0315-2           User: jhel                  Page 2 of 2              Date Rcvd: Jan 08, 2018
                               Form ID: pdf900             Total Noticed: 11
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
     Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
     Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
      ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
     Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
     S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
      Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                     TOTAL: 9