**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: )<br>)<br>Sean C. Fabich, )<br>    *Debtor* )<br>)<br>Sean C. Fabich, )<br>    *Movant* )<br>)<br>VS. )<br>)<br>Bank of America Home Loans, Honda Financial )<br>Services, Nation Star Mortgage, and Ronda J. )<br>Winnecour, Trustee, )<br>    *Respondents* ) | Case No. 13-22598<br>Chapter 13<br><br>Docket No. 61<br><br><br>FILED<br>3/21/18 2:32 pm<br>CLERK<br>U.S. BANKRUPTCY<br>COURT - WDPA |

## ORDER OF COURT

AND NOW, to wit this ___21st___ day of ___March___, 2018 it is hereby ORDERED, ADJUDGED and DECREED that the debtor, Sean C. Fabich, is hereby authorized to purchase a new or used motor vehicle for an amount not to exceed $25,000, and a monthly payment not to exceed $450.00 per month. The debtor will file a Report of Financing with this Court within 14 days following the purchase of this new or used motor vehicle. This motor vehicle payment will be paid outside the Plan directly by the debtor.

FURTHER ORDERED: n/a

_____jsf_____ J
Jeffery A. Deller
Chief U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Sean C. Fabich  
      Debtor

Case No. 13-22598-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: mgut     Page 1 of 1     Date Rcvd: Mar 22, 2018  
                Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2018.
db           +Sean C. Fabich,    223 North Monroe Avenue,    Columbus, OH 43203-1443

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2018                                                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2018 at the address(es) listed below:
        Andrew F Gornall    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC agornall@goldbecklaw.com,
         bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
        James Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC bkgroup@kmllawgroup.com
        Kenneth Steidl    on behalf of Plaintiff Sean C. Fabich julie.steidl@steidl-steinberg.com,
         ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
         nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-ste
         inberg.com
        Kenneth Steidl    on behalf of Debtor Sean C. Fabich julie.steidl@steidl-steinberg.com,
         ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
         nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-ste
         inberg.com
        Laurence A. Mester    on behalf of Defendant    BANK OF AMERICA lmester@mesterschwartz.com,
         jottinger@mesterschwartz.com;jschwartz@mesterschwartz.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
         ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
         Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                                                                               TOTAL: 9