IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Sean C. Fabich, ) | |
|     *Debtor* ) | Case No. 13-22598 JAD |
| ) | Chapter 13 |
| Sean C. Fabich, ) | |
|     *Movant* ) | Related Docket No. 67 |
| ) | |
| VS. ) | |
| ) | |
| Bank of America Home Loans, Honda Financial ) | |
| Services, Nation Star Mortgage, and Ronda J. ) | |
| Winnecour, Trustee, ) | |
|     *Respondents* ) | |

## REPORT OF FINANCING

AND NOW, comes the Debtor, Sean C. Fabich, by and through his attorney Kenneth Steidl, and Steidl and Steinberg, Attorneys at Law, and respectfully represents as follows:

1. On March 21, 2018, this Honorable Court entered an order at Docket No.67, approving the Debtor's request to finance a new vehicle.

2. The Debtor was unable to obtain financing for a vehicle.

3. The Debtor at this time is no longer attempting to obtain financing to purchase a vehicle.

WHEREFORE, the Debtor, Sean C. Fabich, respectfully file this Report of Financing.

                                            Respectfully submitted,

<u>July 25, 2018</u>                  <u>/s/ Kenneth Steidl</u>
DATE                            Kenneth Steidl, Esquire
                                    Attorney for the Debtor(s)

                                    STEIDL & STEINBERG
                                    Suite 2830 – Gulf Tower
                                    707 Grant Street
                                    Pittsburgh, PA  15219
                                    (412) 391-8000
                                    ken.steidl@steidl-steinberg.com
                                    PA I.D. No. 34965