IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Case No. 13-22598 JAD |
| Sean C. Fabich, | ) | Chapter 13 |
| | ) | Docket No. |
| *Debtor* | ) | |
| | ) | |
| Sean C. Fabich, | ) | |
| | ) | |
| *Movant* | ) | |
| | ) | |
| *No Respondent(s)* | ) | |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On September 24, 2013 at docket number 25, the Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

    This Certification is being signed under penalty of perjury by*:* Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

                                                                         Respectfully submitted,

<u>August 7, 2018</u>                                          /s/ Kenneth Steidl
DATE                                                       Kenneth Steidl, Esquire
                                                          Attorney for the Debtor

                                                          STEIDL & STEINBERG
                                                          707 Grant Street
                                                          Suite 2830, Gulf Tower
                                                          Pittsburgh, PA 15219
                                                          (412) 391-8000
                                                          [Ken.steidl@steidl-steinberg.com](mailto:Ken.steidl@steidl-steinberg.com)
                                                          PA I.D. No. 34965

**PAWB Local Form 24 (07/13)**