**Fill in this information to identify the case:**

Debtor 1   Sean C. Fabich

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of Pennsylvania
(State)

Case number   13-22598-JAD

# Form 4100R

## Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Igloo Series III Trust

**Last 4 digits** of any number you use to identify the debtor's account: 0 8 9 2

**Court claim no.** (if known): _____

**Property address:** 223 North Monroe Ave.
Number   Street

Columbus, OH 43203
City   State   ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:   09 / 01 / 2018
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:   (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:   + (b) $ _____

c. **Total.** Add lines a and b.   (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   ___ / ___ / _____
MM / DD / YYYY

Debtor 1  Sean C. Fabich
First Name   Middle Name   Last Name

Case number (if known) 13-22598-JAD

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X _[signature]_    Date 8/30/18
Signature

Print  Michael C. Mazack      Title Attorney
First Name   Middle Name   Last Name

Company  Tucker Arensberg, P.C.

If different from the notice address listed on the proof of claim to which this response applies:

Address  1500 One PPG Place
Number    Street

Pittsburgh, PA 15222
City          State   ZIP Code

Contact phone ( 412 ) 566 - 1212    Email mmazack@tuckerlaw.com

Form 4100R          Response to Notice of Final Cure Payment          page 2

**When Recorded Return To:**
Nationstar Mortgage LLC
C/O Nationwide Title Clearing, Inc. 2100
Alt. 19 North
Palm Harbor, FL 34683



## ASSIGNMENT OF MORTGAGE

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, **NATIONSTAR MORTGAGE LLC, WHOSE ADDRESS IS 8950 CYPRESS WATERS BLVD., COPPELL, TX 75019, (ASSIGNOR)**, by these presents does convey, grant, assign, transfer and set over the described Mortgage together with all interest secured thereby, all liens, and any rights due or to become due thereon to **U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR IGLOO SERIES III TRUST, WHOSE ADDRESS IS C/O BSI FINANCIAL SERVICES, 7114 E. STETSON DR., STE. 250, SCOTTSDALE, AZ 85251, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).**

Said Mortgage was executed by: **SEAN C. FABICH AKA SEAN FABICH** and recorded in **Instrument # 200501040002396** in the office of the Recorder of **FRANKLIN** County, **Ohio**.

**Dated this 21st day of September in the year 2017.**
NATIONSTAR MORTGAGE LLC

_____
**KRISTOPHER SANDBERG**
**Vice President of Loan Documentation**

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

NSBTA 400120214   NRZ/BSI IGLOO B    DOCR T201709-02:52:19 [C-2] EFRMOH1                    PAGE 1

   

*D0025907648*

STATE OF FLORIDA   COUNTY OF PINELLAS

The foregoing instrument was acknowledged before me on this 21st day of September in the year 2017, by Kristopher Sandberg as Vice President of Loan Documentation of NATIONSTAR MORTGAGE LLC, who, as such Vice President of Loan Documentation being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

NICOLE SHIELDS
COMM EXPIRES: 08/05/2020



NICOLE SHIELDS
Notary Public – State of Florida
My Comm. Expires August 5, 2020
Commission # GG126925

I hereby certify that this document is an original document.

KRISTOPHER SANDBERG
Vice President of Loan Documentation

Document Prepared By: E.Lance/NTC, 2100 Alt. 19 North, Palm Harbor, FL 34683 (800)346-9152
NSBTA 400120214  NRZ/BSI IGLOO B   DOCR T201709-02:52:19 [C-2]  EFRMOH1

PAGE 2

*D0025907648*

# DO NOT DETACH

| | |
|---|---|
| <br>**Instrument Number: 201709210132404**<br>**Recorded Date: 09/21/2017 4:27:56 PM**<br><br>Daniel J. O'Connor Jr.<br>Franklin County Recorder<br>373 South High Street, 18th Floor<br>Columbus, OH 43215<br>(614) 525-3930<br>http://Recorder.FranklinCountyOhio.gov<br>Recorder@FranklinCountyOhio.gov | |
| | **Return To (Simplifile):**<br>Nationwide Title Clearing Inc.<br>2100 Alt 19 North<br><br>Palm Harbor, FL 34683<br><br><br>Simplifile |
| **Transaction Number:** T20170061784<br>**Document Type:** ASSIGN OF MORTGAGE<br>**Document Page Count:** 2 | |
| **Submitted By (Simplifile):**<br>Nationwide Title Clearing Inc.<br>2100 ALT 19 NORTH<br><br>Palm Harbor, FL 34683<br><br><br>Simplifile | |
| **First Grantor:**<br>NATIONSTAR MORTGAGE LLC | **First Grantee:**<br>US BANK NA , TR |
| **Fees:**<br>Document Recording Fee:          $28.00<br>Marginal Reference Fee:           $4.00<br>**Total Fees:**                            $32.00<br>**Amount Paid:**                       $32.00<br>**Amount Due:**                          $0.00 | **Instrument Number:** 201709210132404<br>**Recorded Date:** 09/21/2017 4:27:56 PM |

**OFFICIAL RECORDING COVER PAGE**

# DO NOT DETACH

THIS PAGE IS NOW PART OF THIS RECORDED DOCUMENT
NOTE: If the document data differs from this cover sheet, please first check the document on our website to ensure it has been corrected. The document data always supersedes the cover page.
If an error on the cover page appears on our website after review please let our office know.
COVER PAGE DOES NOT INCLUDE ALL DATA, PLEASE SEE INDEX AND DOCUMENT FOR ANY ADDITIONAL INFORMATION.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Bankruptcy No. 13-22598-JAD |
| Sean C. Fabich | Chapter 13 |
| Debtor | Related to Doc No. 74 |

### CERTIFICATE OF SERVICE

I certify that I served or caused to be served a copy of the RESPONSE TO NOTICE OF FINAL CURE upon the following individuals in the manner provided:

**Via First Class Mail on August 30, 2018**

Sean C. Fabich
223 North Monroe Avenue
Columbus, OH 43203

Kenneth Steidl, Esq.
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Office of the U.S. Trustee
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Dated: 8/30/18

Respectfully submitted,

TUCKER ARENSBERG, P.C.

/s/ Michael C. Mazack
Michael C. Mazack, Esq.
1500 One PPG Place
Pittsburgh, Pennsylvania 15222
Phone: (412) 594-5506
Fax: (412) 594-5619

*Counsel to U.S. Bank Trust National Association*