**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

**DEFAULT O/E JAD**

IN RE:
SEAN C. FABICH

    Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Repondents.

Case No.: 13-22598 JAD

Chapter 13

Document No.: 75

## ORDER OF COURT

AND NOW, this __24th__ day of __October__, 20__18__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

jsf
U.S. BANKRUPTCY JUDGE

FILED
10/24/18 3:54 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 13-22598-JAD
Sean C. Fabich                                                          Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: culy           Page 1 of 2         Date Rcvd: Oct 25, 2018
                              Form ID: pdf900      Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2018.
db          +Sean C. Fabich,   223 North Monroe Avenue,   Columbus, OH 43203-1443
aty         +vde13,   Office of the Chapter 13 Trustee,   Suite 3250 US Steel Tower,   600 Grant Street,
              Pittsburgh, PA 15219-2719
cr          +BSI Financial Services,   1425 Greenway Drive, Ste 400,   Irving, TX 75038-2480
cr          +Bank of America, N.A. c/o Prober & Raphael, A Law,   20750 Ventura Blvd, Suite 100,
              Woodland Hills, CA 91364-6207
cr           Duquesne Light Company,   c/o Peter J. Ashcroft,   2200 Gulf Tower,   Pittsburgh, PA 15219
cr          +Equitable Gas Bankruptcy Department,   Attn: Judy Gawlowski,   225 North Shore Drive 2nd Floor,
              Pittsburgh, PA 15212-5860
13659602    +Bank of America Home Loans,   450 Amerian Street,   Simi Valley, CA 93065-6285
13659601     Bank of America Home Loans,   c/o Customer Service,   P. O. Box 5170,
              Simi Valley, CA 93062-5170
13659604    ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage,   350 Highland Drive,   Lewisville, TX 75067)
13706502     The Bank of New York Mellon, et al,   c/o Prober & Raphael,   Attornys For Secured Creditor,
              P.O. Box 4365,   Woodland Hills, CA 91365-4365
14094805    +Veripro Solutions,Inc.,   PO BOX 3244,   Coppell, TX 75019-9244

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13670568     E-mail/Text: ebnbankruptcy@ahm.honda.com Oct 26 2018 02:15:22
              American Honda Finance Corporation,   National Bankruptcy Center,   P.O. Box 168088,
              Irving, TX 75016-8088,   866-716-6441
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           NATIONSTAR MORTGAGE, LLC
cr           The Bank of New York Mellon
cr           U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE O
cr           Veripro Solutions,Inc.
13659603*   ++AMERICAN HONDA FINANCE,   P O BOX 168088,   IRVING TX 75016-8088
             (address filed with court: Honda Financial Services,   1220 Old Alpharetta Road, Suite 350,
              Alpharetta, GA 30005)
13857167*   ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage, LLC,   350 Highland Drive,
              Lewisville, TX 75067)
                                                                                   TOTALS: 4, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC andygornall@latouflawfirm.com
              James Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC bkgroup@kmllawgroup.com
              Karina Velter    on behalf of Creditor    The Bank of New York Mellon amps@manleydeas.com
              Kenneth Steidl    on behalf of Plaintiff Sean C. Fabich julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com

```
District/off: 0315-2           User: culy              Page 2 of 2              Date Rcvd: Oct 25, 2018
                               Form ID: pdf900         Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Kenneth Steidl    on behalf of Debtor Sean C. Fabich julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
          Laurence A. Mester    on behalf of Defendant    BANK OF AMERICA lmester@mesterschwartz.com, jottinger@mesterschwartz.com;jschwartz@mesterschwartz.com
          Michael C. Mazack    on behalf of Creditor    U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE IGLOO SERIES III TRUST mmazack@tuckerlaw.com, agilbert@tuckerlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

                                                                                                                                       TOTAL: 11